IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 2:21-mj-482 |
| Plaintiff, | : | |
| vs. | : | |
| | | ORDER |
| BRAYAN LUCES, | : | |
| Defendant. | : | |

Upon Motion of United States pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure and for good cause shown, the Criminal Complaint and Arrest Warrant filed on July 22, 2021, against BRAYAN LUCES is hereby dismissed without prejudice and the case is unsealed.

DATE: 8/4/2021

NORAH MCCANN KING
UNITED STATES MAGISTRATE JUDGE